# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sean Mathers, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1-16-cr-52 |
| Adam Abney, | ) | |
| Defendant. | ) | |

Before the court is Attorney Lindsay Harris's Motion to Withdraw, wherein Attorney Harris seeks the court's leave to withdraw as counsel for the Plaintiff. (Docket No. 18). In the motion, and an accompanying affidavit (Docket No. 20), Attorney Harris asserts she and her client have fundamentally differing views on how this case should proceed and Attorney Harris has had difficulty contacting her client. The Plaintiff has not yet responded to this motion.

Currently, there are a number of deadlines pending in this case, including the expert disclosure deadlines and dispostive motions deadline. All currently pending deadlines are **STAYED** pending resolution of the motion to withdraw. The court will consider whether to reinstate the current deadlines after it resolves the motion to withdraw.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2016.

 /s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court