# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Sean Mathers, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Adam Abney, | ) | Case No. 1:15-cr-107 |
| | ) | |
| Defendant. | ) | |

The court shall conduct a status conference with the parties on May 9, 2017, at 11:00 a.m. CDT by telephone. The court shall initiate the conference call. Prior to the conference, plaintiff shall provide the court with a telephone number at which he can be reached.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court