# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sean Mathers, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Adam Abney, | ) | Case No. 1:15-cv-107 |
| | ) | |
| Defendant. | ) | |

The final pretrial conference scheduled for May 23, 2017, and jury trial scheduled for June 6, 2017, are canceled.

**IT IS SO ORDERED.**

Dated this 12th day of May, 2017.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court